**Fill in this information to identify the case:**

Debtor name  AGAVE PROPERTIES, LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (If known):  16-13338(BTB)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................. $ _____ 1,049,393.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................... $ _____ 1,049,393.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................................................ $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................................ $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................... **+** $ _____ 1,398,920.05

4. **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b
   $ _____ 1,398,920.05

**Fill in this information to identify the case:**

Debtor name _AGAVE PROPERTIES, LLC_

United States Bankruptcy Court for the: _DISTRICT OF NEVADA_

Case number (If known): _16-13338(BTB)_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | US BANK | CHECKING | 9270 | $ 213.00 |
| 3.2. | | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 213.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Generated by CaseFilePRO

Debtor _____
AGAVE PROPERTIES, LLC
Name

Case number *(if known)* 16-13338(BTB)

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➔   $_____
face amount                           doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........➔   $_____
face amount                           doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____ 0.00                 _____%   _____   $_____

15.2. _____                       _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____ UNKNOWN

---

Schedule A/B: Assets — Real and Personal Property

| Debtor | AGAVE PROPERTIES, LLC | Case number *(if known)* 16-13338(BTB) |
|---|---|---|
| | Name | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | AGAVE PROPERTIES, LLC | Case number *(if known)* 16-13338(BTB) |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Schedule A/B: Assets — Real and Personal Property**

Debtor    AGAVE PROPERTIES, LLC
_____
Name

Case number (*if known*) __16-13338(BTB)__

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    AGAVE PROPERTIES, LLC
_____
Name

Case number *(if known)* 16-13338(BTB)

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | _____ | $_____ | _____ | $_____ |
| 55.2 | _____ | $_____ | _____ | $_____ |
| 55.3 | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Schedule A/B: Assets — Real and Personal Property

Debtor    AGAVE PROPERTIES, LLC
Name

Case number (*if known*)  16-13338(BTB)

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | | |
| _____  _____ − _____ = ➡ | Total face amount    doubtful or uncollectible amount | $_____ |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| 73. **Interests in insurance policies or annuities** | | |
| _____ | | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| _____ | | $_____ |
| Nature of claim   _____ | | |
| Amount requested   $_____ | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| _____ | | $_____ |
| Nature of claim   _____ | | |
| Amount requested   $_____ | | |
| 76. **Trusts, equitable or future interests in property** | | |
| _____ | | $_____ |
| 77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership | | |
| See Attached - ALL OTHERS ASSETS  _____ | | $        1,049,180.00 |
| _____ | | $_____ |
| 78. **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | | $        1,049,180.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    AGAVE PROPERTIES, LLC
_____    Case number (if known) 16-13338(BTB)
            Name

---

| **Part 12:** | **Summary** |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 213.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ UNKNOWN | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9. .* ............................................... ➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,049,180.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,049,393.00 | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................ $ 1,049,393.00

---

Generated by CaseFilePRO

Debtor    AGAVE PROPERTIES, LLC                    Case No.    16-13338 (BTB)

ATTACHMENT:  SCHEDULE A/B

15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINEESSES,
      INCLUDING AN INTEREST IN AN LLC, PARTNERSHIP, AND JOINT VENTURE

| NAME OF ENTITY | % OF OWNERSHIP | VALUATION METHOD USED FOR CURRENT VALUE | CURREN VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| B-VV1, LLC | CLASS B INTEREST | BOOK VALUE | $    UNKNOWN |
| B-VV2, LLC | CLASS B INTEREST | BOOK VALUE | UNKNOWN |

**Agave Properties, LLC**

**Due From Affiliates**

| Account Description | Balance @ 5/31/16 |
|---|---|
| Due from VTS Investments | 911,130.00 |
| Due from DeVore Family Trust | 138,050.00 |
| | 1,049,180.00 |

**Fill in this information to identify the case:**

Debtor name ___AGAVE PROPERTIES, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (If known): ___16-13338(BTB)___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | that supports this claim |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |

Creditor's mailing address

_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

sssssssssss_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | $_____ | $_____ |

Creditor's mailing address

_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Fill in this information to identify the case:

Debtor            AGAVE PROPERTIES, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number    16-13338(BTB)
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    AGAVE PROPERTIES, LLC
          Name

Case number (if known) 16-13338(BTB)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
ANDREA BECKMAN
1836 TAYLORVILLE ST
LAS VEGAS, NV 89135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$_____UNKNOWN

**Basis for the claim:** DEBT AND LOANS THAT

Date or dates debt was incurred    4/29/2005

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

**3.2**

**Nonpriority creditor's name and mailing address**
BENJAMIN R & ROSE E MACIAS
2746 E HAMMOND AVE, APT H
FRESNO, CA 93703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$_____UNKNOWN

**Basis for the claim:** DEBT AND LOANS THAT

Date or dates debt was incurred    4/29/2005

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

**3.3**

**Nonpriority creditor's name and mailing address**
BRUCE FALKENBORG
SIERRA WEST, INC.
PO BOX 8869
INCLINE VILLAGE, NV 89450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$_____UNKNOWN

**Basis for the claim:** DEBT AND LOANS THAT

Date or dates debt was incurred    4/29/2005

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

**3.4**

**Nonpriority creditor's name and mailing address**
DANA FAMILY TRUST
JO ANNE LAMURAGLIA, TRUSTEE
8530 W WASHBURN RD
LAS VEGAS, NV 89149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$_____UNKNOWN

**Basis for the claim:** DEBT AND LOANS THAT

Date or dates debt was incurred    4/29/2005

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

**3.5**

**Nonpriority creditor's name and mailing address**
DOMINIC J. DEL GROSSO III
9711 DRAYTON AVE
LAS VEGAS, NV 89148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$_____UNKNOWN

**Basis for the claim:** DEBT AND LOANS THAT

Date or dates debt was incurred    4/29/2005

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

**3.6**

**Nonpriority creditor's name and mailing address**
FOCUS INVESTMENT GROUP, LLC
3455 CLIFF SHADOWS PARKWAY
SUITE 220
LAS VEGAS, NV 89219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____22,285.68

**Basis for the claim:** DEBT SCHEDULE F

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    _____

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor _____    Case number *(if known)* _____
      Name

| Part 2: | Additional Page |

3.7    **Bcbdf]cf]miWlYX]lrcf&b]bUa UUbX'a UJ]b['UXXfYgg**
FOCUS INVESTMENT MANAGER, INC
3455 CLIFF SHADOW PARKWAY
SUITE 220
LAS VEGAS, NV 89129

5g'cZ'h'Y'dYh]ļlcb'z']b['XUhz/h'Y'WUļa ']g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 309,342.65

6Ug]g'zcf'h'Y'WUļa .  DEBT SCHEDULE F

8Uh'cf'XUh'Yg'XYhk Ug']bW'ff'YX  _____
@Ugh('X][]hg'cZUWWh'i bh]a a 'Vyf  _____

=h'Y'WUļa 'gi V'VWh'c'zgyh8
☒ No
☐ Yes

---

3.8    **Bcbdf]cf]miWlYX]lrcf&b]bUa UUbX'a UJ]b['UXXfYgg**
FRANK & JO COLLINS FAMILY TRUST
5146 BLISSFUL VALLEY CR
LAS VEGAS, NV 89149

5g'cZ'h'Y'dYh]ļlcb'z']b['XUhz/h'Y'WUļa ']g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ UNKNOWN

6Ug]g'zcf'h'Y'WUļa .  DEBT AND LOANS THAT

8Uh'cf'XUh'Yg'XYhk Ug']bW'ff'YX  4/29/2005
@Ugh('X][]hg'cZUWWh'i bh]a a 'Vyf  _____

=h'Y'WUļa 'gi V'VWh'c'zgyh8
☒ No
☐ Yes

---

3.9    **Bcbdf]cf]miWlYX]lrcf&b]bUa UUbX'a UJ]b['UXXfYgg**
HAZEL JACKSON
3088 SUGAR LEO RD
ST GEORGE, UT 84790

5g'cZ'h'Y'dYh]ļlcb'z']b['XUhz/h'Y'WUļa ']g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ UNKNOWN

6Ug]g'zcf'h'Y'WUļa .  DEBT AND LOANS THAT

8Uh'cf'XUh'Yg'XYhk Ug']bW'ff'YX  4/29/2005
@Ugh('X][]hg'cZUWWh'i bh]a a 'Vyf  _____

=h'Y'WUļa 'gi V'VWh'c'zgyh8
☐ No
☐ Yes

---

3.10    **Bcbdf]cf]miWlYX]lrcf&b]bUa UUbX'a UJ]b['UXXfYgg**
HUNTER MARLON, LLC
ANTHONY M MARLON, OPERATING MGR
9025 GREENSBORO LN
LAS VEGAS, NV 89134

5g'cZ'h'Y'dYh]ļlcb'z']b['XUhz/h'Y'WUļa ']g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ UNKNOWN

6Ug]g'zcf'h'Y'WUļa .  DEBT AND LOANS THAT

8Uh'cf'XUh'Yg'XYhk Ug']bW'ff'YX  4/29/2005
@Ugh('X][]hg'cZUWWh'i bh]a a 'Vyf  ___ ___ ___ ___

=h'Y'WUļa 'gi V'VWh'c'zgyh8
☒ No
☐ Yes

---

3.11    **Bcbdf]cf]miWlYX]lrcf&b]bUa UUbX'a UJ]b['UXXfYgg**
JARAD D. BECKMAN
3634 VINO BIANO AVE
HENDERSON, NV 89052

5g'cZ'h'Y'dYh]ļlcb'z']b['XUhz/h'Y'WUļa ']g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ UNKNOWN

6Ug]g'zcf'h'Y'WUļa .  DEBT AND LOANS THAT

8Uh'cf'XUh'Yg'XYhk Ug']bW'ff'YX  4/29/2005
@Ugh('X][]hg'cZUWWh'i bh]a a 'Vyf  _____

=h'Y'WUļa 'gi V'VWh'c'zgyh8
☒ No
☐ Yes

| Debtor | AGA▒▒▒ | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

7 cdmiih ]g˙dU[ Y˙cb˙mj]Za cfY˙gdUWW˙]g˙bYYXYX˝7 cbH]bi Y˙bi a VYf]b[ ˙ì Y`]bYg˙gYei Ybhj]U˙mzca ˙ì Y˙dfYj]ci g˙dU[ Y˝=Zbc˙UXX]H]cbU`˙BCBDF≤CF≠HM˙WYX]hcfg˙Y1]ghZXc˙bch1]˝˙ci ˙hcf˙gi Va ]hì ]\ ]g˙dU[ Y˝

5a ci bˇicZWU|a

**3.12**   Bcbdf]cf]miW1YX]hcfˇg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg
JEANNETTE LONDERGAN
2210 E UNIVERSITY AVE #103
LAS VEGAS, NV 89119

5g˙cZ1ì Y˙dYh]h]cb˙z]`]b[ ˙XUhYz1ì Y˙W`U]a ˙]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g˙icf˙ì Y˙W`U]a ˙ DEBT AND LOANS THAT
8 UhY˙cf˙XUhYg˙XYVhk Ug˙]bWi ffYX˙ 4/29/2005
@Ugh( ˙X][ ]hg˙cZˇUWW…i bhˇbi a VYf˙ _____

≤ì Y˙W`U]a ˙]g˙gi VYWhˇhczzgYh8
☒ No
☐ Yes

**3.13**   Bcbdf]cf]miW1YX]hcfˇg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg
MELVIN L SILVA REV TRUST
1050 ROCKY TERRACE
GARDNERVILLE, NV 89460

5g˙cZ1ì Y˙dYh]h]cb˙z]`]b[ ˙XUhYz1ì Y˙W`U]a ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

6Ug]g˙icf˙ì Y˙W`U]a ˙ DEBT AND LOANS THAT
8 UhY˙cf˙XUhYg˙XYVhk Ug˙]bWi ffYX˙ 4/29/2005
@Ugh( ˙X][ ]hg˙cZˇUWW…i bhˇbi a VYf˙ _____

≤ì Y˙W`U]a ˙]g˙gi VYWhˇhczzgYh8
☒ No
☐ Yes

**3.14**   Bcbdf]cf]miW1YX]hcfˇg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg
MERRI F PERRY
4875 IMPRESSARIO CT
LAS VEGAS, NV 89149

5g˙cZ1ì Y˙dYh]h]cb˙z]`]b[ ˙XUhYz1ì Y˙W`U]a ˙]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g˙icf˙ì Y˙W`U]a ˙ DEBT AND LOANS THAT
8 UhY˙cf˙XUhYg˙XYVhk Ug˙]bWi ffYX˙ 4/29/2005
@Ugh( ˙X][ ]hg˙cZˇUWW…i bhˇbi a VYf˙ _____

≤ì Y˙W`U]a ˙]g˙gi VYWhˇhczzgYh8
☐ No
☐ Yes

**3.15**   Bcbdf]cf]miW1YX]hcfˇg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg
NICOLE SOUMBENIOTIS 1998 TRUST
2017 BLUEBONNET LN APT 107
AUSTIN, TX 78704-4042

5g˙cZ1ì Y˙dYh]h]cb˙z]`]b[ ˙XUhYz1ì Y˙W`U]a ˙]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g˙icf˙ì Y˙W`U]a ˙ DEBT AND LOANS THAT
8 UhY˙cf˙XUhYg˙XYVhk Ug˙]bWi ffYX˙ 4/29/2005
@Ugh( ˙X][ ]hg˙cZˇUWW…i bhˇbi a VYf˙ ___ ___ ___

≤ì Y˙W`U]a ˙]g˙gi VYWhˇhczzgYh8
☒ No
☐ Yes

**3.16**   Bcbdf]cf]miW1YX]hcfˇg˙bUa Y˙UbX˙a U]`]b[ ˙UXXfYgg
PAUL & ARLENE EDWARDS
21751 LOS SERRANOS DR
BEND, OR 97701

5g˙cZ1ì Y˙dYh]h]cb˙z]`]b[ ˙XUhYz1ì Y˙W`U]a ˙]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g˙icf˙ì Y˙W`U]a ˙ DEBT AND LOANS THAT
8 UhY˙cf˙XUhYg˙XYVhk Ug˙]bWi ffYX˙ 4/29/2005
@Ugh( ˙X][ ]hg˙cZˇUWW…i bhˇbi a VYf˙ _____

≤ì Y˙W`U]a ˙]g˙gi VYWhˇhczzgYh8
☒ No
☐ Yes

$ _____ UNKNOWN (3.12)
$ _____ UNKNOWN (3.13)
$ _____ UNKNOWN (3.14)
$ _____ UNKNOWN (3.15)
$ _____ UNKNOWN (3.16)

| Debtor | | |
|---|---|---|
| AGA_____ | Name | Case number *(if known)* _____ |

**Part 2:**  **Additional Page**

| 7 cdmih ]g·dU[ Y·cb·m]Za cfY·gdUWW']g·bYYXYX"7 cbHjbi Y·bi a VYf]b[ `·h Y·`]bYg·gYei YbH]U·mzca ·h Y·dfYj]ci g·dU[ Y"=Zbc·UXX]HcbU`·BCBDF=CF±HM·WWYX]hcfg·Y1 ]ghEXc·bchiz]`·ci hicf·gi Va ]hih ]`]g·dU[ U[ Y" | 5a ci b+icZWU[ a |
|---|---|

**3.17**   Bcbdf]cf]m·WfiYX]hcfg·bUa Y·UbX·a U]']b[ ·UXXfYgg
RICHARD SEELY
2050 SPRINGFIELD DR #211
CHICO, CA 95928

5 g·cZ·h Y·YiH+h]cb·z]]b[ ·`XUH+z·h Y·WU]a ·]g·
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

6 Ug]g·z·f·h Y·WUUa ·  DEBT AND LOANS THAT

8 UH+`cf·XUH+g·XYVH· Uk Ug·]bWi ff YX·  4/29/2005
@ghi( `X][ ]hg·cZ·WUUWi ·bhi bhi a VYf·  _____

=g·h Y·WUUa ·gi VYWh·hc·cZZgYh?
☒ No
☐ Yes

---

**3.18**   Bcbdf]cf]m·WfiYX]hcfg·bUa Y·UbX·a U]']b[ ·UXXfYgg
RICHARD SEELY IRA #3002750
POLYCOMP TRUST CO CUSTODIAN
6400 CANOGA AVE 250
WOODLAND HILLS, CA 91367

5 g·cZ·h Y·YiH+h]cb·z]]b[ ·`XUH+z·h Y·WUUa ·]g·
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

6 Ug]g·z·f·h Y·WUUa ·  DEBT AND LOANS THAT

8 UH+`cf·XUH+g·XYVH· Uk Ug·]bWi ff YX·  4/29/2005
@ghi( `X][ ]hg·cZ·WUUWi ·bhi bhi a VYf·  _____

=g·h Y·WUUa ·gi VYWh·hc·cZZgYh?
☒ No
☐ Yes

---

**3.19**   Bcbdf]cf]m·WfiYX]hcfg·bUa Y·UbX·a U]']b[ ·UXXfYgg
SERAFINA ANFUSO TRUST
MARIA S ANFUSO, TRUSTEE
1805 N CARSON ST #433
CARSON CITY, NV 89701

5 g·cZ·h Y·YiH+h]cb·z]]b[ ·`XUH+z·h Y·WUUa ·]g·
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

6 Ug]g·z·f·h Y·WUUa ·  DEBT AND LOANS THAT

8 UH+`cf·XUH+g·XYVH· Uk Ug·]bWi ff YX·  4/29/2005
@ghi( `X][ ]hg·cZ·WUUWi ·bhi bhi a VYf·  _____

=g·h Y·WUUa ·gi VYWh·hc·cZZgYh?
☐ No
☐ Yes

---

**3.20**   Bcbdf]cf]m·WfiYX]hcfg·bUa Y·UbX·a U]']b[ ·UXXfYgg
TAYLOR 1981 TRUST DTD 7-8-81
CURLY & EULA TAYLOR, CO-TTEES
CORTEZ, CO 81321

5 g·cZ·h Y·YiH+h]cb·z]]b[ ·`XUH+z·h Y·WUUa ·]g·
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

6 Ug]g·z·f·h Y·WUUa ·  DEBT AND LOANS THAT

8 UH+`cf·XUH+g·XYVH· Uk Ug·]bWi ff YX·  4/29/2005
@ghi( `X][ ]hg·cZ·WUUWi ·bhi bhi a VYf·  \_\_\_ \_\_\_ \_\_\_

=g·h Y·WUUa ·gi VYWh·hc·cZZgYh?
☒ No
☐ Yes

---

**3.21**   Bcbdf]cf]m·WfiYX]hcfg·bUa Y·UbX·a U]']b[ ·UXXfYgg
THERESA BLAZIC 2007 TRUST
THERESA L. BLAZIC, TRUSTEE
1028 PUERTA DEL SOL DR
LAS VEGAS, NV 89138

5 g·cZ·h Y·YiH+h]cb·z]]b[ ·`XUH+z·h Y·WUUa ·]g·
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

6 Ug]g·z·f·h Y·WUUa ·  DEBT AND LOANS THAT

8 UH+`cf·XUH+g·XYVH· Uk Ug·]bWi ff YX·  4/29/2005
@ghi( `X][ ]hg·cZ·WUUWi ·bhi bhi a VYf·  _____

=g·h Y·WUUa ·gi VYWh·hc·cZZgYh?
☐ No
☐ Yes

Debtor AGAVE PER 15.3.00 ...

Name

Case number *(if known)* _____

## Part 2: | Additional Page

| | 5a ci bticZWUja |
|---|---|

3.22 _____ Bcbdf]cf]miWfYX]rcfBg]bUa Y]UbX`a U]']b[`UXXfYgg

VICTOR-VISTA, LLC
3455 CLIFF SHADOWS PARKWAY
SUITE 220
LAS VEGAS, NV 89129

5g`cZ]h`Y`dYr]j]cb`2]]b[`XUr]zr]h`YWUja`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____1,067,291.72

6 Ug]g]g`z`f`h`YWUja . __DEBT SCHEDULE F__ .

8 Uhr`cf`XUhrYg`XYVhk`Ug]`bW`ffYX   _____ .
@]ght(`X][]hg`cZUWW`i`bhbi`a`VYf   _____ .

=g`h`YWUja`gi`V`Y`cZWihc`ZZgYh8
☒ No
☐ Yes

3.23 _____ Bcbdf]cf]miWfYX]rcfBg]bUa Y]UbX`a U]']b[`UXXfYgg

WAYNE R NIPPE TRUST
5531 KYLE PEAK CT
LAS VEGAS, NV 89135

5g`cZ]h`Y`dYr]j]cb`2]]b[`XUr]zr]h`YWUja`]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$_____UNKNOWN

6 Ug]g]g`z`f`h`YWUja . __DEBT AND LOANS THAT__ .

8 Uhr`cf`XUhrYg`XYVhk`Ug]`bW`ffYX   __4/29/2005__ .
@]ght(`X][]hg`cZUWW`i`bhbi`a`VYf   _____ .

=g`h`YWUja`gi`V`Y`cZWihc`ZZgYh8
☒ No
☐ Yes

3._____ Bcbdf]cf]miWfYX]rcfBg]bUa Y]UbX`a U]']b[`UXXfYgg

5g`cZ]h`Y`dYr]j]cb`2]]b[`XUr]zr]h`YWUja`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

6 Ug]g]g`z`f`h`YWUja . _____ .

8 Uhr`cf`XUhrYg`XYVhk`Ug]`bW`ffYX   _____ .
@]ght(`X][]hg`cZUWW`i`bhbi`a`VYf   _____ .

=g`h`YWUja`gi`V`Y`cZWihc`ZZgYh8
☐ No
☐ Yes

3._____ Bcbdf]cf]miWfYX]rcfBg]bUa Y]UbX`a U]']b[`UXXfYgg

5g`cZ]h`Y`dYr]j]cb`2]]b[`XUr]zr]h`YWUja`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

6 Ug]g]g`z`f`h`YWUja . _____ .

8 Uhr`cf`XUhrYg`XYVhk`Ug]`bW`ffYX   _____ .
@]ght(`X][]hg`cZUWW`i`bhbi`a`VYf   ___ ___ ___ .

=g`h`YWUja`gi`V`Y`cZWihc`ZZgYh8
☐ No
☐ Yes

3._____ Bcbdf]cf]miWfYX]rcfBg]bUa Y]UbX`a U]']b[`UXXfYgg

5g`cZ]h`Y`dYr]j]cb`2]]b[`XUr]zr]h`YWUja`]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

6 Ug]g]g`z`f`h`YWUja . _____ .

8 Uhr`cf`XUhrYg`XYVhk`Ug]`bW`ffYX   _____ .
@]ght(`X][]hg`cZUWW`i`bhbi`a`VYf   _____ .

=g`h`YWUja`gi`V`Y`cZWihc`ZZgYh8
☐ No
☐ Yes

Debtor    AGAVE PROPERTIES, LLC                                   Case number (if known) 16-13338 (BTB)
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,398,920.05 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,398,920.05 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  AGAVE PROPERTIES, LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (If known): 16-13338(BTB) } Chapter

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | SEE ATTACHED - SCH G OPERATING AGREI |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

ATTACHMENT: SCHEDULE G                                                                    Agave, LLC

| PERSON OR COMPANY WITH WHOM YOU HAVE THE CONTRACT OR LEASE | WHAT THE CONTRACT OR LEASE IS FOR |
|---|---|
| B-VV1, LLC c/o LEHM <br> NAME <br> 3455 CLIFF SHADOWS PARKWAY, SUITE 220 <br> NUMBER     STREET <br> LAS VEGAS          NV          89129 <br> CITY          STATE     ZIP CODE | OPERATING AGREEMENT <br> 1/29/2010 |
| B-VV2, LLC c/o LEHM, LLC <br> NAME <br> 3455 CLIFF SHADOWS PARKWAY, SUITE 220 <br> NUMBER     STREET <br> LAS VEGAS          NV          89129 <br> CITY          STATE     ZIP CODE | OPERATING AGREEMENT <br> 5/1/2012 |

**Fill in this information to identify the case:**

Debtor name __AGAVE PROPERTIES, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (If known): __16-13338(BTB)__

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1. Does the debtor have any codebtors?** | |
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. | |
| ☒ Yes | |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| **Name 5 bX Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | SERAFINA ANFUSO TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | ANDREA BECKMAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | JARAD D. BECKMAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | THERESA BLAZIC 2007 TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.5 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | FRANK & JO COLLINS FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.6 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | DANA FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |

**Schedule H: Codebtors**

| Debtor | AGAVE PROPERTIES, LLC | Case number (if known) | 16-13338(BTB) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | Name UbX˙A UJ˙]b[ `5 XXfYgg | Name | Check all schedules that apply: |
| 7 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | DOMINIC J. DEL GROSSO III | ☐ D<br>☒ E/F<br>☐ G |
| 8 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | PAUL & ARLENE EDWARDS | ☐ D<br>☒ E/F<br>☐ G |
| 9 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | HAZEL JACKSON | ☐ D<br>☒ E/F<br>☐ G |
| 10 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | JEANNETTE LONDERGAN | ☐ D<br>☒ E/F<br>☐ G |
| 11 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | BENJAMIN R & ROSE E MACIAS | ☐ D<br>☒ E/F<br>☐ G |
| 12 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | HUNTER MARLON, LLC | ☐ D<br>☒ E/F<br>☐ G |
| 13 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | WAYNE R NIPPE TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 14 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | MERRI F PERRY | ☐ D<br>☒ E/F<br>☐ G |

Debtor   AGAVE PROPERTIES, LLC
         _____   Case number *(if known)* 16-13338(BTB)
         Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | Name UbX`A Uʃᵀ]b[ `5 XXf Ygg | Name | Check all schedules that apply: |
| 15 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | RICHARD SEELY IRA #3002750 | ☐ D<br>☒ E/F<br>☐ G |
| 16 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | RICHARD SEELY | ☐ D<br>☒ E/F<br>☐ G |
| 17 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | BRUCE FALKENBORG | ☐ D<br>☒ E/F<br>☐ G |
| 18 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | MELVIN L SILVA REV TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 19 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | NICOLE SOUMBENIOTIS 1998 TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 20 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | TAYLOR 1981 TRUST DTD 7-8-81 | ☐ D<br>☒ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |

**Schedule H: Codebtors**

Statement of Equity Security Holders
Pursuant to Fed. R. Bankr. P. 1007(a)(3) of

# Agave Properties, LLC

| Holders of LLC Membership Interests | | |
|---|---|---|
| Name | Share (%) | Last Known Address |
| Focus Investment Group, LLC | 95.00 | 3455 Cliff Shadows Parkway, Suite 220 Las Vegas, NV 89129 |
| JR Consolidated Holdings, LLC | 1.10 | 3455 Cliff Shadows Parkway, Suite 220 Las Vegas, NV 89129 |
| Andrew M. Flaherty Living Trust | 2.00 | c/o Mike Flaherty 2343 Aragon Canyon Street Las Vegas, NV 89135 |
| VTS Investments LLP | 1.65 | c/o Larson & Zirzow, LLC 850 E. Bonneville Ave. Las Vegas, NV 89101 |
| DeVore Family Trust | 0.25 | 2283 Coral Ridge Avenue Henderson, NV 89052 |

Fill in this information to identify the case and this filing:

Debtor Name  Agave Properties, LLC

United States Bankruptcy Court for the: _____ District of  Nevada
                                                                         (State)

Case number (if known):  BK-16-13338-btb

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/01/2016         ✗ _____
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                   John A. Ritter
                                   Printed name

                                   Manager
                                   Position or relationship to debtor