**Fill in this information to identify the case:**

Debtor name    AGAVE PROPERTIES, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (If known):    16-13338(BTB)

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | US BANK | CHECKING | 9270 | $             213.00 |
| 3.2. | | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $             213.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Generated by CaseFilePRO
07/13/2016 16:46

Debtor    AGAVE PROPERTIES, LLC
Name

Case number *(if known)* 16-13338(BTB)

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➜    $_____
    face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➜    $_____
    face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                         % of ownership:

    15.1. See Attached - Interests in other entities    _____%    _____    $_____ UNKNOWN

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____ UNKNOWN

---

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | AGAVE PROPERTIES, LLC | Case number (if known) | 16-13338(BTB) |
|---|---|---|---|
| | Name | | |

## Part 5: Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20.** **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21.** **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22.** **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29.** **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

**Schedule A/B: Assets — Real and Personal Property**

Debtor   AGAVE PROPERTIES, LLC _____   Case number (if known) 16-13338(BTB)
         Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Schedule A/B: Assets — Real and Personal Property**

Debtor    AGAVE PROPERTIES, LLC
_____
Name

Case number *(if known)*___16-13338(BTB)___

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                                $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor   AGAVE PROPERTIES, LLC
_____
Name

Case number (*if known*) 16-13338(BTB)
_____

---

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | _____ | $_____ | _____ | $_____ |
| 55.2 | _____ | $_____ | _____ | $_____ |
| 55.3 | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Schedule A/B: Assets — Real and Personal Property

Debtor   AGAVE PROPERTIES, LLC
         Name                                    Case number (if known) 16-13338(BTB)

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|------------------------------------|

71. **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➜  $ _____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____   $ _____
_____    Tax year _____   $ _____
_____    Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____                          $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $ _____

Nature of claim       _____

Amount requested      $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $ _____

Nature of claim       _____

Amount requested      $ _____

76. **Trusts, equitable or future interests in property**

_____                          $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached - ALL OTHER ASSETS _____             $    1,049,495.00

_____                          $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $    1,049,495.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor     AGAVE PROPERTIES, LLC
     Name

Case number *(if known)* 16-13338(BTB)

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____213.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $____UNKNOWN____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,049,495.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $1,049,708.00 | + 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................... $_____1,049,708.00

Debtor    AGAVE PROPERTIES, LLC                          Case No.    16-13338 (BTB)

ATTACHMENT:  SCHEDULE A/B

15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES,
     INCLUDING AN INTEREST IN AN LLC, PARTNERSHIP, AND JOINT VENTURE

| NAME OF ENTITY | % OF OWNERSHIP | VALUATION METHOD USED FOR CURRENT VALUE | CURREN VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| B-VV1, LLC | CLASS B INTEREST | BOOK VALUE | $    UNKNOWN |
| B-VV2, LLC | CLASS B INTEREST | BOOK VALUE | UNKNOWN |

ATTACHMENT: A/B #77                                             Agave Properties, LLC
Other property of any kind not already listed                  Case No. 16-13338

### Agave Properties, LLC

| Account Description | Balance @ 6/17/2016 |
|---|---|
| **Due From Affiliates** | |
| Due from VTS Investments | 911,130.00 |
| Due from DeVore Family Trust | 138,050.00 |
| | 1,049,180.00 |

**Interest Reserve**                                           -

*- Segregated funds for interest payments in compliance with underlying loan agreement.*

**Capitalization Cost**                                        -

*- Capitalized expenditures associated with land development and improvements.*

**Organizational Costs**                                       315.00

*- Represents capitalized formation costs.*

**Investments**                                                -

*- Represent cumulative monies advanced and/or capital contributions to entities
in which the Debtor holds an interest.*

**Total**                                            $    1,049,495.00

Fill in this information to identify the case:

Debtor    AGAVE PROPERTIES, LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number   16-13338(BTB)
(if known)

☒ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | AGAVE PROPERTIES, LLC | Case number *(if known)* 16-13338(BTB) |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
ANASTASIA POTTER TRUST

ANASTASIA POTTER, TRUSTEE
1140 E FORT PIERCE DR #15
ST. GEORGE, UT 84790

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

Basis for the claim:   NOTES CANCELLED BY PREPACKS

| Date or dates debt was incurred | 4/29/2005 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | -VV2 | ☒ No  ☐ Yes |

**3.2** Nonpriority creditor's name and mailing address
ANDREA BECKMAN

1836 TAYLORVILLE ST
LAS VEGAS, NV 89135

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$ _____ UNKNOWN

Basis for the claim:   NOTES CANCELLED BY PREPACKS

| Date or dates debt was incurred | 4/29/2005 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | -VV1 | ☒ No  ☐ Yes |

**3.3** Nonpriority creditor's name and mailing address
BENJAMIN R & ROSE E MACIAS

2746 E HAMMOND AVE, APT H
FRESNO, CA 93703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ UNKNOWN

Basis for the claim:   NOTES CANCELLED BY PREPACKS

| Date or dates debt was incurred | 4/29/2005 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | -VV1 | ☒ No  ☐ Yes |

**3.4** Nonpriority creditor's name and mailing address
BRUCE FALKENBORG

SIERRA WEST, INC.
PO BOX 8869
INCLINE VILLAGE, NV 89450

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ UNKNOWN

Basis for the claim:   NOTES CANCELLED BY PREPACKS

| Date or dates debt was incurred | 4/29/2005 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | -VV1 | ☒ No  ☐ Yes |

**3.5** Nonpriority creditor's name and mailing address
BRUCE LIVING TRUST DATED 9-27-01

DON AND KIM BRUCE, TRUSTEES
1191 THOMPSON STREET
CARSON CITY, NV 89703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ UNKNOWN

Basis for the claim:   NOTES CANCELLED BY PREPACKS

| Date or dates debt was incurred | 4/29/2005 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | -VV2 | ☒ No  ☐ Yes |

**3.6** Nonpriority creditor's name and mailing address
DALE E WACASER

1908 CANVAS EDGE
HENDERSON, NV 89044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ UNKNOWN

Basis for the claim:   NOTES CANCELLED BY PREPACKS

| Date or dates debt was incurred | 4/29/2005 | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | -VV2 | ☒ No  ☐ Yes |

Generated by CaseFilePRO
07/13/2016 16:46

| Debtor | | | |
|---|---|---|---|
| | AGA̠Ga̠r̠... | | |
| Name | | Case number (if known) | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| 7 cdmi�
 ]g`dU[ Y`cb`m]Za cfY`gdUWWﬀﬂ]g`bYYXYXﬀﬃ7 cbHﬂbi Y`bi a VYfﬂ]b[ ﬀﬂﬀﬁ Y¨Ä]bYg`gYei YbHﬂU`mﬂca ﬀﬂﬁ Y | 5a ci bﬂcZWUﬂa |
| dfYﬀ]ci g`dU[ Y¨=Zbc¯UXX]ﬂﬃcbU¨¤CBCBDFﬀ=CF¨HMﬀ WﬀYX]ﬂﬃcfg`Yﬀ ]ghﬂEXc¨bch]ﬀ¯¯ci ﬂﬃcf¨gi Va ]hﬂﬀ]g`dU[ Y¨ | |

---

**3.7**     Bcbdf]cf]mﬂWfYX]ﬂﬃcfg`Ra̠bUa Y`UbX¨a U]ﬀ]b[ ¨UXXfYgg

DANA FAMILY TRUST
JO ANNE LAMURAGLIA, TRUSTEE
8530 W WASHBURN RD
LAS VEGAS, NV 89149

5g`cﬂZﬀﬃ Y`dYﬂ]ﬀ]cb¨ﬂﬁ ]b[ ﬀ`XUﬂﬀZ]ﬀ Y`WﬀUﬂ ]g. 
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$_____ UNKNOWN

6Ug`g¨ﬀZﬀﬃ Y`WﬀUﬂ a .   NOTES CANCELLED BY PREPACKS   ·

8 Uﬂﬃcf`XUﬂﬃg`XYVﬀhik Ug¨]bWﬀ ffYX   4/29/2005   ·

@Ugh¨ﬁ `X]ﬂ]g`cZ`UﬂﬀWci b¨bi a VYf   -VV1   ·

=g`ﬀﬁ Y`WﬀUﬂ a ﬀ gi V¨V`Wﬀﬀihc`cﬂZﬀgﬂYﬂ8
☒ No
☐ Yes

---

**3.8**     Bcbdf]cf]mﬂWfYX]ﬂﬃcfg`Ra̠bUa Y`UbX¨a U]ﬀ]b[ ¨UXXfYgg

DOMINIC J. DEL GROSSO III
9711 DRAYTON AVE
LAS VEGAS, NV 89148

5g`cﬂZﬀﬃ Y`dYﬂ]ﬀ]cb¨ﬂﬁ ]b[ ﬀ`XUﬂﬀZ]ﬀ Y`WﬀUﬂ ]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed·

$_____ UNKNOWN

6Ug`g¨ﬀZﬀﬃ Y`WﬀUﬂ a .   NOTES CANCELLED BY PREPACKS   ·

8 Uﬂﬃcf`XUﬂﬃg`XYVﬀhik Ug¨]bWﬀ ffYX   4/29/2005   ·

@Ugh¨ﬁ `X]ﬂ]g`cZ`UﬂﬀWci b¨bi a VYf   -VV1   ·

=g`ﬀﬁ Y`WﬀUﬂ a ﬀ gi V¨V`Wﬀﬀihc`cﬂZﬀgﬂYﬂ8
☒ No
☐ Yes

---

**3.9**     Bcbdf]cf]mﬂWfYX]ﬂﬃcfg`Ra̠bUa Y`UbX¨a U]ﬀ]b[ ¨UXXfYgg

FOCUS INVESTMENT GROUP, LLC
3455 CLIFF SHADOWS PARKWAY
SUITE 220
LAS VEGAS, CA 89129

5g`cﬂZﬀﬃ Y`dYﬂ]ﬀ]cb¨ﬂﬁ ]b[ ﬀ`XUﬂﬀZ]ﬀ Y`WﬀUﬂ ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$_____ 22,285.68

6Ug`g¨ﬀZﬀﬃ Y`WﬀUﬂ a .   UNSECURED DEBT   ·

8 Uﬂﬃcf`XUﬂﬃg`XYVﬀhik Ug¨]bWﬀ ffYX   _____ ·

@Ugh¨ﬁ `X]ﬂ]g`cZ`UﬂﬀWci b¨bi a VYf   _____ ·

=g`ﬀﬁ Y`WﬀUﬂ a ﬀ gi V¨V`Wﬀﬀihc`cﬂZﬀgﬂYﬂ8
☒ No
☐ Yes·

---

**3.10**     Bcbdf]cf]mﬂWfYX]ﬂﬃcfg`Ra̠bUa Y`UbX¨a U]ﬀ]b[ ¨UXXfYgg

FOCUS INVESTMENT MANAGER, LLC
3455 CLIFF SHADOWS PARKWAY
SUITE 220
LAS VEGAS, CA 89129

5g`cﬂZﬀﬃ Y`dYﬂ]ﬀ]cb¨ﬂﬁ ]b[ ﬀ`XUﬂﬀZ]ﬀ Y`WﬀUﬂ ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$_____ 309,342.65

6Ug`g¨ﬀZﬀﬃ Y`WﬀUﬂ a .   UNSECURED DEBT   ·

8 Uﬂﬃcf`XUﬂﬃg`XYVﬀhik Ug¨]bWﬀ ffYX   _____ ·

@Ugh¨ﬁ `X]ﬂ]g`cZ`UﬂﬀWci b¨bi a VYf   ___ ___ ___ ·

=g`ﬀﬁ Y`WﬀUﬂ a ﬀ gi V¨V`Wﬀﬀihc`cﬂZﬀgﬂYﬂ8
☒ No
☐ Yes·

---

**3.11**     Bcbdf]cf]mﬂWfYX]ﬂﬃcfg`Ra̠bUa Y`UbX¨a U]ﬀ]b[ ¨UXXfYgg

FRANK & JO COLLINS FAMILY TRUST
5146 BLISSFUL VALLEY CR
LAS VEGAS, NV 89149

5g`cﬂZﬀﬃ Y`dYﬂ]ﬀ]cb¨ﬂﬁ ]b[ ﬀ`XUﬂﬀZ]ﬀ Y`WﬀUﬂ ]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed·

$_____ UNKNOWN

6Ug`g¨ﬀZﬀﬃ Y`WﬀUﬂ a .   NOTES CANCELLED BY PREPACKS   ·

8 Uﬂﬃcf`XUﬂﬃg`XYVﬀhik Ug¨]bWﬀ ffYX   4/29/2005   ·

@Ugh¨ﬁ `X]ﬂ]g`cZ`UﬂﬀWci b¨bi a VYf   -VV1   ·

=g`ﬀﬁ Y`WﬀUﬂ a ﬀ gi V¨V`Wﬀﬀihc`cﬂZﬀgﬂYﬂ8
☒ No
☐ Yes·

---

Debtor _____
Name

Case number (if known) _____

## Part 2:  Additional Page

| 7 cdmii¥ ]g·dU[ Y·cb·mj]Za cfY·gdUW¥']g·bYYXYX "7 cbH]bi Y·bi a VYf]b[ ·iì Y"]bYg·gYei YbH]U¨mîca ·iì Y·dfYj]ci·g·dU[ Y"=Zbc·UXX]H]cbU "BCBDF·¥CF=HM·W¥YX]hcfg·Y]·gh¥Xc·bchìiŽ"·ci·hcf·gi·Va ]hh¥·]g·dU[ Y" | 5a ci bcZWŲa |

**3.12    Bcbdf]cf]miWYX]hcfbgˈbUa Y·UbX·a U]`]b[·UXXfYgg**

GREGORY P. HETTER
500 S PALM AVE, UNIT 41
SARASOTA, FL 34236

**5g·cZiì Y·dYh]h]cb·j]]b[·XUhˈZii Y·WųWa·]g.** $_____ UNKNOWN
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**6Ug]g·Zcf·iì Y·WŲa·** NOTES CANCELLED BY PREPACKS ·

**8 Uh¥·cf·XUh¥g·XYVh·kUg·]bWi fff¥X·** 4/29/2005 ·

**@Ugh( X][ ]hg·cZ·UWŲh·bhbi a VYf·** -VV2_____ ·

=g·iì Y·WŲa·]g·gi VY¥Wh·hc·cZZg¥h8
☒ No
☐ Yes·

---

**3.13    Bcbdf]cf]miWYX]hcfbgˈbUa Y·UbX·a U]`]b[·UXXfYgg**

HAZEL JACKSON
3088 SUGAR LEO RD
ST GEORGE, UT 84790

**5g·cZiì Y·dYh]h]cb·j]]b[·XUhˈZii Y·WųWa·]g.** $_____ UNKNOWN
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed·

**6Ug]g·Zcf·iì Y·WŲa·** NOTES CANCELLED BY PREPACKS ·

**8 Uh¥·cf·XUh¥g·XYVh·kUg·]bWi fff¥X·** 4/29/2005 ·

**@Ugh( X][ ]hg·cZ·UWŲh·bhbi a VYf·** -VV1_____ ·

=g·iì Y·WŲa·]g·gi VY¥Wh·hc·cZZg¥h8
☒ No
☐ Yes·

---

**3.14    Bcbdf]cf]miWYX]hcfbgˈbUa Y·UbX·a U]`]b[·UXXfYgg**

HUNTER MARLON, LLC
ANTHONY M MARLON, OPERATING MGR
9025 GREENSBORO LN
LAS VEGAS, NV 89134

**5g·cZiì Y·dYh]h]cb·j]]b[·XUhˈZii Y·WųWa·]g.** $_____ UNKNOWN
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed·

**6Ug]g·Zcf·iì Y·WŲa·** NOTES CANCELLED BY PREPACKS ·

**8 Uh¥·cf·XUh¥g·XYVh·kUg·]bWi fff¥X·** 4/29/2005 ·

**@Ugh( X][ ]hg·cZ·UWŲh·bhbi a VYf·** -VV1_____ ·

=g·iì Y·WŲa·]g·gi VY¥Wh·hc·cZZg¥h8
☒ No
☐ Yes·

---

**3.15    Bcbdf]cf]miWYX]hcfbgˈbUa Y·UbX·a U]`]b[·UXXfYgg**

JAMES M. RUSSELL
4427 CATHEYS CLUB LN
JACKSONVILLE, FL 32224

**5g·cZiì Y·dYh]h]cb·j]]b[·XUhˈZii Y·WųWa·]g.** $_____ UNKNOWN
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed·

**6Ug]g·Zcf·iì Y·WŲa·** NOTES CANCELLED BY PREPACKS ·

**8 Uh¥·cf·XUh¥g·XYVh·kUg·]bWi fff¥X·** 4/29/2005 ·

**@Ugh( X][ ]hg·cZ·UWŲh·bhbi a VYf·** -VV2 ___ ___ ·

=g·iì Y·WŲa·]g·gi VY¥Wh·hc·cZZg¥h8
☒ No
☐ Yes·

---

**3.16    Bcbdf]cf]miWYX]hcfbgˈbUa Y·UbX·a U]`]b[·UXXfYgg**

JARAD D. BECKMAN
3634 VINO BIANO AVE
HENDERSON, NV 89052

**5g·cZiì Y·dYh]h]cb·j]]b[·XUhˈZii Y·WųWa·]g.** $_____ UNKNOWN
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed·

**6Ug]g·Zcf·iì Y·WŲa·** NOTES CANCELLED BY PREPACKS ·

**8 Uh¥·cf·XUh¥g·XYVh·kUg·]bWi fff¥X·** 4/29/2005 ·

**@Ugh( X][ ]hg·cZ·UWŲh·bhbi a VYf·** -VV1_____ ·

=g·iì Y·WŲa·]g·gi VY¥Wh·hc·cZZg¥h8
☒ No
☐ Yes·

| Debtor | AGA Gaming... | |
|---|---|---|
| | Name | Case number (if known) |

## Part 2: | Additional Page

7 cdmiؐ ]g˙dUؒ Y˙cb˙m][Za cfYؒgdUWؒ]g˙bYYXYXؒ"7 cbؒHbi Y˙bi a VYfؒ]b[ ؒ˙ʌ Y˙]bYg˙gYei YbH]U˙mZca ؒ˙ʌ Y˙
dfYj ]ci g˙dUؒ Y˙˝Zbc˙UXX]HjcbU˙BCBDF˝CF˝HM˙WؒYX]hcfg˙Y1]gh˝Xc˙bch]Z˙˙ci h˙cf˙gi Va ]h˝˙]g˙dUؒ Y˙Y˝

5a ci bؒicZWU˙a

**3.17** | Bcbdf]cfؒmiWؒYXؒhcfؒg˙bUa Y˙UbX˙a Uؒ]b[ ˙UXXfYgg | 5g˙cZؒh Y˙dYؒ]ؒcb˙z]]b[ ˙XUhf˙z˙h Y˙WU]a ˙]g. | UNKNOWN
JEANNETTE LONDERGAN | *Check all that apply.* | $_____
2210 E UNIVERSITY AVE #103 | ☐ Contingent |
LAS VEGAS, NV 89119 | ☒ Unliquidated |
| ☒ Disputed |

6 Ug]g˙zؒ˙Y˙WU]a ؒ  NOTES CANCELLED BY PREPACKS   ˙

8 Uhؒ cf˙XUhؒg˙XYVhؒ k Ug˙]bWi ffYX˙  4/29/2005   ˙
@Ugh˙ˈ X][ ]hg˙cZ˙UWWci bhؒbi a VYf˙  VV1_____ ˙

˝g˙h Y˙WU]a ˙gi V˙V_YWhؒ c˙cZZgYh8
☒ No
☐ Yes˙

**3.18** | Bcbdf]cfؒmiWؒYXؒhcfؒg˙bUa Y˙UbX˙a Uؒ]b[ ˙UXXfYgg | 5g˙cZؒh Y˙dYؒ]ؒcb˙z]]b[ ˙XUhf˙z˙h Y˙WU]a ˙]g. | UNKNOWN
KARAYAN FAMILY TRUST | *Check all that apply.* | $_____
EDWARD KARAYAN, TRUSTEE | ☐ Contingent |
720 N. SIERRA BONITA AVE | ☒ Unliquidated |
LOS ANGELES, CA 90046 | ☒ Disputed˙ |

6 Ug]g˙zؒ˙Y˙WU]a ؒ  NOTES CANCELLED BY PREPACKS   ˙

8 Uhؒ cf˙XUhؒg˙XYVhؒ k Ug˙]bWi ffYX˙  4/29/2005   ˙
@Ugh˙ˈ X][ ]hg˙cZ˙UWWci bhؒbi a VYf˙  VV2_____ ˙

˝g˙h Y˙WU]a ˙gi V˙V_YWhؒ c˙cZZgYh8
☒ No
☐ Yes˙

**3.19** | Bcbdf]cfؒmiWؒYXؒhcfؒg˙bUa Y˙UbX˙a Uؒ]b[ ˙UXXfYgg | 5g˙cZؒh Y˙dYؒ]ؒcb˙z]]b[ ˙XUhf˙z˙h Y˙WU]a ˙]g. | UNKNOWN
MARY R RUSSELL | *Check all that apply.* | $_____
4663 SURVEYOR ST | ☐ Contingent |
LAS VEGAS, NV 89103 | ☒ Unliquidated |
| ☒ Disputed˙ |

6 Ug]g˙zؒ˙Y˙WU]a ؒ  NOTES CANCELLED BY PREPACKS   ˙

8 Uhؒ cf˙XUhؒg˙XYVhؒ k Ug˙]bWi ffYX˙  4/29/2005   ˙
@Ugh˙ˈ X][ ]hg˙cZ˙UWWci bhؒbi a VYf˙  VV2_____ ˙

˝g˙h Y˙WU]a ˙gi V˙V_YWhؒ c˙cZZgYh8
☒ No
☐ Yes˙

**3.20** | Bcbdf]cfؒmiWؒYXؒhcfؒg˙bUa Y˙UbX˙a Uؒ]b[ ˙UXXfYgg | 5g˙cZؒh Y˙dYؒ]ؒcb˙z]]b[ ˙XUhf˙z˙h Y˙WU]a ˙]g. | UNKNOWN
MARY R RUSSELL IRA | *Check all that apply.* | $_____
FIRST SAVINGS BANK, CUSTODIAN | ☐ Contingent |
4663 SURVEYOR ST | ☒ Unliquidated |
LAS VEGAS, NV 89103 | ☒ Disputed˙ |

6 Ug]g˙zؒ˙Y˙WU]a ؒ  NOTES CANCELLED BY PREPACKS   ˙

8 Uhؒ cf˙XUhؒg˙XYVhؒ k Ug˙]bWi ffYX˙  4/29/2005   ˙
@Ugh˙ˈ X][ ]hg˙cZ˙UWWci bhؒbi a VYf˙  VV2 ___ ___ ˙

˝g˙h Y˙WU]a ˙gi V˙V_YWhؒ c˙cZZgYh8
☒ No
☐ Yes˙

**3.21** | Bcbdf]cfؒmiWؒYXؒhcfؒg˙bUa Y˙UbX˙a Uؒ]b[ ˙UXXfYgg | 5g˙cZؒh Y˙dYؒ]ؒcb˙z]]b[ ˙XUhf˙z˙h Y˙WU]a ˙]g. | UNKNOWN
MELVIN L SILVA REV TRUST | *Check all that apply.* | $_____
1050 ROCKY TERRACE | ☐ Contingent |
GARDNERVILLE, NV 89460 | ☒ Unliquidated |
| ☒ Disputed˙ |

6 Ug]g˙zؒ˙Y˙WU]a ؒ  NOTES CANCELLED BY PREPACKS   ˙

8 Uhؒ cf˙XUhؒg˙XYVhؒ k Ug˙]bWi ffYX˙  4/29/2005   ˙
@Ugh˙ˈ X][ ]hg˙cZ˙UWWci bhؒbi a VYf˙  VV1_____ ˙

˝g˙h Y˙WU]a ˙gi V˙V_YWhؒ c˙cZZgYh8
☒ No
☐ Yes˙

| Debtor | | |
|---|---|---|
| | AGAᵂᵉᵈᵘᵗᵉ Name | Case number (if known) |

---

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmiḣ ]g`dU[ Y`cb`mj]Za cfY`gdUW_`]g`bYYXYX"7 cbḣjbi Y`bi a VYf]b[ `iḣ Y`]bYg`gYei YbḣjU`mz`ca `iḣ Y` dfYj] ]ci g`dU[ Y"=Zbc`UXX]ḣcbU`BCBDF=CF=HMWYX]ḣcfg`Y] ]ghzXc`bchiẑ"`ci ḣcf`gi Va ]hiḣ ]g`dU[ Y"

5a ci bḣcZWU]a

---

**3.22**    Bcbdf]cf]miWfYX]ḣcfĝbUa Y`UbX`a U]]b[ `UXXfYgg

MERRI F PERRY
4875 IMPRESSARIO CT
LAS VEGAS, NV 89149

5g`cZḣ Y`dYḣ]ḣcb`z]b[ `XUḣzḣ Y`WU]a `]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g`zcfḣ Y`WU]a    NOTES CANCELLED BY PREPACKS

8Uḣ`cf`XUḣg`XYVḣ`k Ug`]bWi ffYX    4/29/2005

@Ugḣ( `X][ ]ḣg`cZUWWci bḣ bi a VYf    -VV1

=g`ḣ Y`WU]a `gi V^YWḣḣc`cZẐgYḣ8
☒ No
☐ Yes

$_____ UNKNOWN

---

**3.23**    Bcbdf]cf]miWfYX]ḣcfĝbUa Y`UbX`a U]]b[ `UXXfYgg

NICOLE SOUMBENIOTIS 1998 TRUST
2017 BLUEBONNET LN APT 107
AUSTIN, TX 78704-4042

5g`cZḣ Y`dYḣ]ḣcb`z]b[ `XUḣzḣ Y`WU]a `]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g`zcfḣ Y`WU]a    NOTES CANCELLED BY PREPACKS

8Uḣ`cf`XUḣg`XYVḣ`k Ug`]bWi ffYX    4/29/2005

@Ugḣ( `X][ ]ḣg`cZUWWci bḣ bi a VYf    -VV1

=g`ḣ Y`WU]a `gi V^YWḣḣc`cZẐgYḣ8
☒ No
☐ Yes

$_____ UNKNOWN

---

**3.24**    Bcbdf]cf]miWfYX]ḣcfĝbUa Y`UbX`a U]]b[ `UXXfYgg

PAUL & ARLENE EDWARDS
21751 LOS SERRANOS DR
BEND, OR 97701

5g`cZḣ Y`dYḣ]ḣcb`z]b[ `XUḣzḣ Y`WU]a `]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g`zcfḣ Y`WU]a    NOTES CANCELLED BY PREPACKS

8Uḣ`cf`XUḣg`XYVḣ`k Ug`]bWi ffYX    4/29/2005

@Ugḣ( `X][ ]ḣg`cZUWWci bḣ bi a VYf    -VV1

=g`ḣ Y`WU]a `gi V^YWḣḣc`cZẐgYḣ8
☒ No
☐ Yes

$_____ UNKNOWN

---

**3.25**    Bcbdf]cf]miWfYX]ḣcfĝbUa Y`UbX`a U]]b[ `UXXfYgg

RICHARD SEELY
2050 SPRINGFIELD DR #211
CHICO, CA 95928

5g`cZḣ Y`dYḣ]ḣcb`z]b[ `XUḣzḣ Y`WU]a `]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g`zcfḣ Y`WU]a    NOTES CANCELLED BY PREPACKS

8Uḣ`cf`XUḣg`XYVḣ`k Ug`]bWi ffYX    4/29/2005

@Ugḣ( `X][ ]ḣg`cZUWWci bḣ bi a VYf    -VV1 ___ ___

=g`ḣ Y`WU]a `gi V^YWḣḣc`cZẐgYḣ8
☒ No
☐ Yes

$_____ UNKNOWN

---

**3.26**    Bcbdf]cf]miWfYX]ḣcfĝbUa Y`UbX`a U]]b[ `UXXfYgg

RICHARD SEELY IRA #3002750
POLYCOMP TRUST CO CUSTODIAN
6400 CANOGA AVE 250
WOODLAND HILLS, CA 91367

5g`cZḣ Y`dYḣ]ḣcb`z]b[ `XUḣzḣ Y`WU]a `]g.
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

6Ug]g`zcfḣ Y`WU]a    NOTES CANCELLED BY PREPACKS

8Uḣ`cf`XUḣg`XYVḣ`k Ug`]bWi ffYX    4/29/2005

@Ugḣ( `X][ ]ḣg`cZUWWci bḣ bi a VYf    -VV1

=g`ḣ Y`WU]a `gi V^YWḣḣc`cZẐgYḣ8
☒ No
☐ Yes

$_____ UNKNOWN

---

Debtor _____    Case number (if known) _____
AGА... Name

| Part 2: | Additional Page |
|---|---|

7 cdmiḧ ]g¨dUĘ Y¨cbˆm]Za cfYˆgdUWˈ]g¨bYYXYXˈ7 cbHḧbi Y¨bi a VYfĴbĘˆ˧ i¨YˈˈbYg¨gYei YbḧĮJˈˈmᾶca ˈ˧ i¨Yˈ dfYĵˆ]ci g¨dUĘ Y˧ᾶbc¨UXXĬ̥cbUˆBCBDFˈᾶCFˈ̥HM WˈfYXĴ]̥cfgˈYĴˈgḧᾶXc¨bch㉷ˈˈci ̥cfˈgiˈVaˈ]ḧi ˈ]g¨dUĘ Y¨

5a ci bḧcZWUĘa

3.27    BcbdfĴcf]miWˈfYXĴ]rcfᵍ̥bUa Y¨UbX˺a UĴĵ]bˈ¨UXXfYgg
SERAFINA ANFUSO TRUST
MARIA S ANFUSO, TRUSTEE
1805 N CARSON ST #433
CARSON CITY, NV 89701

5ˈg¨cZḧĦ Y¨dYr̥Ĥ]cbˈ̥Į̥]bĘ¨XUri̥ẑ̥ḧY¨WUĘa ˈ]g̥
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

6 Ug]g¨g¨zˈf̥ḧ Y¨WUĘa ˈ   NOTES CANCELLED BY PREPACKS

8 UḧˈcfˈXUḧ̥gˈXYVḧ̥hik Ug]ˈbW̥ffYX˄    4/29/2005

@Ugḧ(ˈX][ ̥]hg¨cZUWhˈ̥i bḧbi a VYfˈ    -VV1

☐ᵍḧ Y¨WUĘa ¨gˈgi Vˈ̥Ẑ̥VˈW̥ḧcˈzᾶgᾶYḧ8
☒ No
☐ Yes

$_____ UNKNOWN

---

3.28    Bcbdfĵcf]miWˈfYXĴ]rcfᵍ̥bUa Y¨UbX˺a UĴĵ]bˈ¨UXXfYgg
TAYLOR 1981 TRUST DTD 7-8-81
CURLY & EULA TAYLOR, CO-TTEES
CORTEZ, CO 81321

5ˈg¨cZḧĦ Y¨dYr̥Ĥ]cbˈ̥Į̥]bĘ¨XUri̥ẑ̥ḧY¨WUĘa ˈ]g̥
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed˙

6 Ug]g¨g¨zˈf̥ḧ Y¨WUĘa ˈ   NOTES CANCELLED BY PREPACKS

8 UḧˈcfˈXUḧ̥gˈXYVḧ̥hik Ug]ˈbW̥ffYX˄    4/29/2005

@Ugḧ(ˈX][ ̥]hg¨cZUWhˈ̥i bḧbi a VYfˈ    -VV1

☐ᵍḧ Y¨WUĘa ¨gˈgi Vˈ̥Ẑ̥VˈW̥ḧcˈzᾶgᾶYḧ8
☒ No
☐ Yes

$_____ UNKNOWN

---

3.29    Bcbdfĵcf]miWˈfYXĴ]rcfᵍ̥bUa Y¨UbX˺a UĴĵ]bˈ¨UXXfYgg
THERESA BLAZIC 2007 TRUST
THERESA L. BLAZIC, TRUSTEE
1028 PUERTA DEL SOL DR
LAS VEGAS, NV 89138

5ˈg¨cZḧĦ Y¨dYr̥Ĥ]cbˈ̥Į̥]bĘ¨XUri̥ẑ̥ḧY¨WUĘa ˈ]g̥
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed˙

6 Ug]g¨g¨zˈf̥ḧ Y¨WUĘa ˈ   NOTES CANCELLED BY PREPACKS

8 UḧˈcfˈXUḧ̥gˈXYVḧ̥hik Ug]ˈbW̥ffYX˄    4/29/2005

@Ugḧ(ˈX][ ̥]hg¨cZUWhˈ̥i bḧbi a VYfˈ    -VV1

☐ᵍḧ Y¨WUĘa ¨gˈgi Vˈ̥Ẑ̥VˈW̥ḧcˈzᾶgᾶYḧ8˙
☒ No
☐ Yes˙

$_____ UNKNOWN

---

3.30    Bcbdfĵcf]miWˈfYXĴ]rcfᵍ̥bUa Y¨UbX˺a UĴĵ]bˈ¨UXXfYgg
TIMOTHY & CASSIDY RUSSELL FAMILY TRUST
16 W. SUNSET WAY
CARSON CITY, NV 89703

5ˈg¨cZḧĦ Y¨dYr̥Ĥ]cbˈ̥Į̥]bĘ¨XUri̥ẑ̥ḧY¨WUĘa ˈ]g̥
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed˙

6 Ug]g¨g¨zˈf̥ḧ Y¨WUĘa ˈ   NOTES CANCELLED BY PREPACKS

8 UḧˈcfˈXUḧ̥gˈXYVḧ̥hik Ug]ˈbW̥ffYX˄    4/29/2005

@Ugḧ(ˈX][ ̥]hg¨cZUWhˈ̥i bḧbi a VYfˈ    -VV2 ___ ___

☐ᵍḧ Y¨WUĘa ¨gˈgi Vˈ̥Ẑ̥VˈW̥ḧcˈzᾶgᾶYḧ8˙
☒ No
☐ Yes˙

$_____ UNKNOWN

---

3.31    Bcbdfĵcf]miWˈfcfᵍ̥bUa Y¨UbX˺a UĴĵ]bˈ¨UXXfYgg
TODD & JEANNE RUSSELL FAMILY TRUST
JAMES & JEANNE RUSSELL, TTEES
180 PLANTATION DR
CARSON CITY, NV 89703

5ˈg¨cZḧĦ Y¨dYr̥Ĥ]cbˈ̥Į̥]bĘ¨XUri̥ẑ̥ḧY¨WUĘa ˈ]g̥
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed˙

6 Ug]g¨g¨zˈf̥ḧ Y¨WUĘa ˈ   NOTES CANCELLED BY PREPACKS

8 UḧˈcfˈXUḧ̥gˈXYVḧ̥hik Ug]ˈbW̥ffYX˄    4/29/2005

@Ugḧ(ˈX][ ̥]hg¨cZUWhˈ̥i bḧbi a VYfˈ    -VV2

☐ᵍḧ Y¨WUĘa ¨gˈgi Vˈ̥Ẑ̥VˈW̥ḧcˈzᾶgᾶYḧ8˙
☒ No
☐ Yes˙

$_____ UNKNOWN

Debtor: AGA _____    Case number _(If known)_ _____
Name

## Part 2: Additional Page

| 3.32 | TOM & MICHELLE DUDLEY FAMILY TRUST<br>THOMAS DUDLEY, TRUSTEE<br>P.O. BOX 2236<br>CARSON CITY, NV 89702 | $ UNKNOWN |
|---|---|---|

Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

NOTES CANCELLED BY PREPACKS

Date: 4/29/2005
Last 4 digits: -VV2
☒ No
☐ Yes

| 3.33 | VICTOR VISTA, LLC<br>3455 CLIFF SHADOWS PARKWAY<br>SUITE 220<br>LAS VEGAS, CA 89129 | $ 1,067,291.72 |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

UNSECURED DEBT

☒ No
☐ Yes

| 3.34 | WAYNE R NIPPE TRUST<br>5531 KYLE PEAK CT<br>LAS VEGAS, NV 89135 | $ UNKNOWN |
|---|---|---|

Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

NOTES CANCELLED BY PREPACKS

4/29/2005
-VV1
☒ No
☐ Yes

| 3.___ | | $ |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes

| 3.___ | | $ |
|---|---|---|

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☐ Yes

| Debtor | AGAVE HOSPITALITY, LLC | Case number (if known) 16-13338-btb |
|--------|------------------------|--------------------------------------|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1. BURT JACOBSEN, ESQ. - ATTORNEY FOR CREDITOR<br><br>424 S. BEVERLY DRIVE BEVERLY HILLS, CA 90212 | Line _3.18_<br>☐ Not listed. Explain _____ | _ - _V_ _V_ _2_ |
| 4.2. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    AGAVE HOLDINGS, LLC    Case number *(if known)*  16-13338-btb

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ➕ | $ 1,398,920.05 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,398,920.05 |

Generated by CaseFilePRO
07/13/2016 16:46

**Fill in this information to identify the case:**

Debtor name _____AGAVE PROPERTIES, LLC_____

United States Bankruptcy Court for the: _____DISTRICT OF NEVADA_____

Case number (If known): _____16-13338(BTB)_____

☒ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| | |
|---|---|
| **1. Does the debtor have any codebtors?** | |
| ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. | |
| ☒ Yes | |

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|
| Name´5 bX´Mailing address | **Name** | Check all schedules that apply: |
| 2.1 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | SERAFINA ANFUSO TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | ANDREA BECKMAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | JARAD D. BECKMAN | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | THERESA BLAZIC 2007 TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.5 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | FRANK & JO COLLINS FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 2.6 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | DANA FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | AGAVE PROPERTIES, LLC | Case number (if known) | 16-13338(BTB) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** UbX˄A UЛ]b[ ˈ5 XXfYgg | | **Name** | Check all schedules that apply: |
| 7 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | DOMINIC J. DEL GROSSO III | ☐ D<br>☒ E/F<br>☐ G |
| 8 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | PAUL & ARLENE EDWARDS | ☐ D<br>☒ E/F<br>☐ G |
| 9 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | HAZEL JACKSON | ☐ D<br>☒ E/F<br>☐ G |
| 10 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | JEANNETTE LONDERGAN | ☐ D<br>☒ E/F<br>☐ G |
| 11 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | BENJAMIN R & ROSE E MACIAS | ☐ D<br>☒ E/F<br>☐ G |
| 12 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | HUNTER MARLON, LLC | ☐ D<br>☒ E/F<br>☐ G |
| 13 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | WAYNE R NIPPE TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 14 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | MERRI F PERRY | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | AGAVE PROPERTIES, LLC | Case number (*if known*) 16-13338(BTB) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** UbX`A UJ`]b[`5XXfYgg | | Name | Check all schedules that apply: |
| 15 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | RICHARD SEELY IRA #3002750 | ☐ D<br>☒ E/F<br>☐ G |
| 16 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | RICHARD SEELY | ☐ D<br>☒ E/F<br>☐ G |
| 17 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | BRUCE FALKENBORG | ☐ D<br>☒ E/F<br>☐ G |
| 18 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | MELVIN L SILVA REV TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 19 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | NICOLE SOUMBENIOTIS 1998 TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 20 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | TAYLOR 1981 TRUST DTD 7-8-81 | ☐ D<br>☒ E/F<br>☐ G |
| 21 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | JAMES M. RUSSELL | ☐ D<br>☒ E/F<br>☐ G |
| 22 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | TIMOTHY & CASSIDY RUSSELL FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | AGAVE PROPERTIES, LLC | | Case number (if known) 16-13338(BTB) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| **Name** UbX˚A UJˉ]b[ ˉ5 XXfYgg | **Name** | Check all schedules that apply: |
| 23 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | TODD & JEANNE RUSSELL FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 24 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | BRUCE LIVING TRUST DATED 9-27-01 | ☐ D<br>☒ E/F<br>☐ G |
| 25 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | TOM & MICHELLE DUDLEY FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 26 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | KARAYAN FAMILY TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 27 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | GREGORY P. HETTER | ☐ D<br>☒ E/F<br>☐ G |
| 28 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | ANASTASIA POTTER TRUST | ☐ D<br>☒ E/F<br>☐ G |
| 29 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | MARY R RUSSELL IRA | ☐ D<br>☒ E/F<br>☐ G |
| 30 JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | MARY R RUSSELL | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | AGAVE PROPERTIES, LLC | Case number (if known) | 16-13338(BTB) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|---|
| | **Name** UbXˆAUʃ]b[ˆ5XXfYgg | **Name** | *Check all schedules that apply:* |
| 31 | JOHN A RITTER<br>8575 W. WASHBURN ROAD<br>LAS VEGAS, NV 89149 | DALE E WACASER | ☐ D<br>☒ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |

Schedule H: Codebtors

**Fill in this information to identify the case and this filing:**

Debtor Name ___Agave Properties, LLC___

United States Bankruptcy Court for the: _____ District of __Nevada__
(State)

Case number (*If known*): __16-13338-btb__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* __A/B__; E/F; H

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/14/2016__          ✗ _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                      John A. Ritter
                                      Printed name

                                      Manager
                                      Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors